JP:TF

**M11-963**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ROGER JHONATAN CANAS,
    also known as "Tony,"

        Defendant.

REMOVAL TO THE
SOUTHERN DISTRICT OF
FLORIDA

(Fed. R. Crim. P. 5)

- - - - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

   PETER J. STRAUSS, being duly sworn, deposes and states that he is a Special Agent of the Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

   On March 29, 2011, an arrest warrant was issued by the United States District Court for the Southern District of Florida commanding the arrest of the defendant ROGER JHONATAN CANAS, also known as "Tony," based on an indictment charging violations of Title 21, United States Code, Sections 841(a)(1) and 846.

   The source of your deponent's information and the grounds for his belief are as follows:

   1.  On March 29, 2011, the defendant ROGER JHONATAN CANAS, also known as "Tony," was indicted in the Southern District of Florida in two counts of a four-count indictment, alleging conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and further alleging that these violations involved one kilogram or more of a mixture and

substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A)(I). A copy of the indictment is attached.

2. On the same day, March 29, 2011, an arrest warrant was issued by the United States District Court for the Southern District of Florida commanding the arrest of the defendant ROGER JHONATAN CANAS, also known as "Tony," based on the above-described indictment. A copy of the arrest warrant is attached.

3. This morning, at approximately 10:00 a.m., the undersigned and other DEA agents arrested the defendant ROGER JHONATAN CANAS, also known as "Tony," at 25-44 88th Street, East Elmhurst, New York. Upon arrest, a DEA agent asked the defendant to verify his identity and he confirmed that he is the defendant ROGER JHONATAN CANAS, also known as "Tony." The defendant's relatives also confirmed his identity upon arrest.

4. Further, an officer assigned to a DEA Task Force in Miami, Florida, who was previously involved in the investigation of the defendant and had previously met him in Florida, met the undersigned and the defendant at about 1:00 pm today at the DEA's offices in New York, New York, and confirmed the defendant's identity is ROGER JHONATAN CANAS, also known as "Tony." The undersigned has also compared the defendant to the photograph of him in his criminal history, and verifies that he is ROGER JHONATAN CANAS, also known as "Tony."

3

WHEREFORE, it is requested that the defendant ROGER JHONATAN CANAS, also known as "Tony," be dealt with according to law.

_____
Peter J. Strauss
Special Agent
Drug Enforcement Administration

Sworn to before me this
26th day of September, 2011